THE STATE vs. FORTUNE & HANNAN.

If an indictment be quashed upon motion, exceptions must be taken to the judgment of the court, to enable the Supreme Court to consider the judgment.

ERROR to St. Louis Criminal Court.

Scott, J., *delivered the opinion of the Court.*

This was an indictment against the defendant for keeping grocery without license. On motion, the indictment was quashed; and there being no bill of exceptions preserving the motion, the judgment must be affirmed, the other Judges concurring.